**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Gentian Peci | COURT CASE NUMBER: 3:03CV453(JCH) |
| DEFENDANT: John Ashcroft, et al | TYPE OF PROCESS: Order To Show Cause - Pet for Habeas |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: United States Attorney General

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 10th & Constitution Ave., N.W., Washington DC 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Glenn T. Terk, Esq
81 Wolcott Hill Rd.
Wethersfield, CT 06109

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Order To Show Cause to be served by registered or certified mail by 3-21-03 at 5:00pm

Signature of Attorney or other Originator requesting service on behalf of: Carol Landers, Deputy Clerk   ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (203) 579-5861   DATE: 3-21-03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 14 | District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk | Date: 3/21/03 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 3/21/03   Time: 3:10 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45 | — | — | 45 | | | |

REMARKS: SERVED VIA CERTIFIED MAIL # P209-774-956

PRIOR EDITIONS MAY BE USED       **1. CLERK OF THE COURT**       FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice / United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| Field | Value |
|---|---|
| PLAINTIFF | Gentian Peci |
| DEFENDANT | John Ashcroft, et al |
| COURT CASE NUMBER | 3:03CV453(JCH) |
| TYPE OF PROCESS | Order to show Cause - Pet for Habeas |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:
Immigration + Naturalization Service

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code):
Arlington, Virginia

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Glenn T. Terk, Esq.
81 Wolcott Hill Rd
Wethersfield, CT 06109

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | ✓ |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:**
Order To Show to be served by registered or certified mail by 3-21-03 at 5:00pm

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF
Carol Sanders, Deputy Clerk
TELEPHONE NUMBER: (203) 579-5861
DATE: 3-21-03

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | 14 | | [signature] | 3/21/0 |

Name and title of individual served: —
Date of Service: 3/21/03  Time: 3:05 pm
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45— | — | — | 45— | | | |

**REMARKS:** SENT VIA CERTIFIED MAIL # P209-774-927

PRIOR EDITIONS MAY BE USED — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80)